## STROUD v. STATE,
### No. 22867.

Court of Criminal Appeals of Texas.
May 17, 1944.

D. T. Moore, of Hillsboro, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of assault with intent to commit rape, and his punishment assessed at ten years' confinement in the State penitentiary.

The record is before this court without statement of facts or bills of exceptions. The indictment appears to be in proper form. Nothing is presented for review.

The judgment of the trial court is affirmed.